U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: MANUEL HILL | COURT CASE NUMBER: C07-05122 JF |
| DEFENDANT: RODERICK HICKMAN, ET AL | TYPE OF PROCESS: SEE BELOW |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ROBERT A. HOREL, WARDEN   PELICAN BAY STATE PRISON

AT — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. BOX 7500   CRESCENT CITY, CA 95531

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MANUEL HILL F-45048
PELICAN BAY STATE PRISON
P.O. BOX 7500
B4 238
CRESCENT CITY, CA 95531

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. SUMMONS AND COMPLAINT
2. ORDER OF SERVICE

Signature of Attorney or other Originator requesting service on behalf of:

GORDANA MACIC

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 408-535-5382

DATE: 3/10/2008

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service   Time   am   pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED

5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285 (Rev. 12/15/80)

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

MANUEL HILL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07-05125 JF

V.

RODERICK HICKMAN, ET AL

TO:

ROBERT A. HOREL, WARDEN
PELICAN BAY STATE PRISON

P.O. BOX 7500

CRESCENT CITY, CA 95531

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

MANUEL HILL E-45048
PELICAN BAY STATE PRISON
P.O. BOX 7500
B4 228
CRESCENT CITY, CA 95531

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

March 7, 2008
DATE

Gordana Macic
(BY) DEPUTY CLERK