EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
LISA SCIANDRA, State Bar No. 246532
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5846
  Fax: (415) 703-5480
  Email: Lisa.Sciandra@doj.ca.gov

Attorneys for Defendants Hickman and Horel

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL HILL,<br><br>                            Plaintiff,<br><br>v.<br><br>RODERICK HICKMAN, et al.,<br><br>                          Defendants. | Case No. C 07-5125 JF<br><br>**DECLARATION OF C. WILBER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, C. WILBER, declare as follows:

    1.    I am employed by the California Department of Corrections and Rehabilitation (CDCR) as an Inmate Appeals Coordinator at Pelican Bay State Prison. My job duties include processing inmate appeals (Form CDC 602), assigning appeals to the appropriate staff, and monitoring and maintaining the computer database in the Inmate Appeals Office. I am competent to testify to the matters set forth in this declaration, and if called up to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion to Dismiss.

    2.    Form CDC 602 appeals that meet the criteria for review under the California Code of Regulations, and have been submitted for first level review, are recorded in the Inmate Appeals

Decl. C. Wilber in Support of Mot. to Dismiss                                                        M. Hill v. R. Hickman, et al.<br>                                                                                           C 07-5125 JF

1

1  Office computer database. The recording is made at or near the time the inmate appeal is
2  received by me or another employee with personal knowledge of the appeal process. The
3  database is kept in the course of regularly conducted business activity and every effort is made to
4  maintain the accuracy and integrity of each record maintained.

5      3.    I have searched the Inmate Appeals Office computer database for all records of appeals
6  filed by inmate Manuel Hill, CDCR number E-45048.

7      4.    Attached as Exhibit A is a true and correct copy of the computer printout from the
8  Inmate Appeals Office showing Inmate Hill's appeals history since September 2003. An appeal
9  is only assigned an Institutional Log Number by the Inmate Appeals Office when the appeal
10  meets the criteria for review under the California Code of Regulations. Inmate appeals are
11  tracked by the status reports in Exhibit A.

12      a.    Exhibit A shows that appeal log number PBSP 05-02880 was denied at the
13  second level of review on January 24, 2006.

14      b.    Exhibit A also shows that appeal log number PBSP 05-02833 was granted at the
15  second level of review on January 20, 2006.

16      5.    Attached as Exhibit B is a true and correct copy of appeal log number PBSP 05-02880.

17      6.    Attached as Exhibit C is a true and correct copy of appeal log number PBSP 05-02833.

18  I declare under penalty of perjury that the foregoing is true and correct. Executed at
19  Crescent City, California, on MAY 7, 2008.

C. WILBER

40248884.wpd
SF2008401059

Decl. C. Wilber in Support of Mot. to Dismiss     *M. Hill v. R. Hickman, et al.*
C 07-5125 JF