# EXHIBIT A

Pelican Bay State Prison    05/06/2008

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | | Issue | | Log Number | Group Appeal |
|---|---|---|---|---|---|---|---|
| E45048 | HILL, M | B-BLD 8 | | LIVING CONDITIONS | | PBSP-B- | |
| E45048 | HILL, M | AD SEG | | DISCIPLINARY | | PBSP-S- | |
| E45048 | HILL, M | AD SEG | | TRANSFER | | PBSP-S- | |
| Informal Review: | | Received: 09/30/2003 | Due: | Completed: 09/19/2003 | Disposition: DENIED | | |
| E45048 | HILL, M | AD SEG | | DISCIPLINARY | | PBSP-S-04-01009 | |
| Level II Review: | | Received: 04/20/2004 | Due: 06/01/2004 | Completed: 06/03/2004 | Disposition: DENIED | | |
| Level III Review: | | | | Completed: 09/17/2004 | Disposition: DENIED | | |
| E45048 | HILL, M | AD SEG | | DISCIPLINARY | | PBSP-S- | |
| E45048 | HILL, M | SHU PROPERTY | | PROPERTY | | PBSP-C-04-02537 | |
| Informal Review: | | Received: 09/23/2004 | Due: 10/07/2004 | Completed: 09/23/2004 | Disposition: GRANTED IN PART | | |
| Level I Review: | | Received: 09/27/2004 | Due: 11/09/2004 | Completed: 10/20/2004 | Disposition: GRANTED | | |
| Level II Review: | | Received: 10/27/2004 | Due: 11/29/2004 | Completed: 12/08/2004 | Disposition: DENIED | | |
| Level III Review: | | | | Completed: 03/09/2005 | Disposition: DENIED | | |
| E45048 | HILL, M | C-SHU 12 | | SEGREGATION HEARINGS | | PBSP-C-05-00100 | |
| Level II Review: | | Received: 01/14/2005 | Due: 03/01/2005 | Completed: 02/28/2005 | Disposition: DENIED | | |
| Level III Review: | | | | Completed: 09/19/2005 | Disposition: DENIED | | |
| E45048 | HILL, M | C-SHU 12 | | LIVING CONDITIONS | | PBSP-C- | |
| Informal Review: | | Received: 09/19/2005 | Due: 10/03/2005 | Completed: 09/19/2005 | Disposition: DENIED | | |
| E45048 | HILL, M | MEDICAL | | MEDICAL | | PBSP-C-05-02833 | |
| Informal Review: | | Received: 10/18/2005 | Due: 11/01/2005 | Completed: 10/18/2005 | Disposition: GRANTED IN PART | | |
| Level I Review: | | Received: 11/02/2005 | Due: 12/16/2005 | Completed: 12/19/2005 | Disposition: GRANTED IN PART | | |
| Level II Review: | | Received: 01/04/2006 | Due: 02/02/2006 | Completed: 01/20/2006 | Disposition: GRANTED | | |
| E45048 | HILL, M | C-SHU 12 | | LIVING CONDITIONS | | PBSP-C-05-02880 | |
| Informal Review: | | Received: 11/07/2005 | Due: 11/21/2005 | Completed: 11/07/2005 | Disposition: DENIED | | |

Page: 1

Pelican Bay State Prison                                                                                           05/06/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| | Level I Review: | Received: 11/09/2005 | Due: 12/23/2005 | Completed: 12/27/2005 | Disposition: GRANTED IN PART |
| | Level II Review: | Received: 12/29/2005 | Due: 01/30/2006 | Completed: 01/24/2006 | Disposition: DENIED |
| | Level III Review: | | | Completed: 05/16/2006 | Disposition: DENIED |
| E45048 | HILL, M | C-SHU 12 | LIVING CONDITIONS | PBSP-C-05-03140 | |
| | Informal Review: | Received: 12/13/2005 | Due: 12/28/2005 | Completed: 12/13/2005 | Disposition: GRANTED IN PART |
| | Level I Review: | Received: 12/16/2005 | Due: 02/01/2006 | Completed: 01/13/2006 | Disposition: DENIED |
| | Level II Review: | Received: 01/31/2006 | Due: 03/02/2006 | Completed: 03/09/2006 | Disposition: GRANTED IN PART |
| | Level III Review: | | | Completed: 06/02/2006 | Disposition: DENIED |
| E45048 | HILL, M | C-SHU 12 | TRANSFER | PBSP-C-05-03069 | |
| | Level I Review: | Received: 12/09/2005 | Due: 01/25/2006 | Completed: 01/24/2006 | Disposition: DENIED |
| | Level II Review: | Received: 01/31/2006 | Due: 03/02/2006 | Completed: 03/09/2006 | Disposition: DENIED |
| | Level III Review: | | | Completed: 06/08/2006 | Disposition: DENIED |

Total: 12