# EXHIBIT B

# EXHIBIT B

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region: IPBSP
Log No.: C05-02880
Category: 9/7 _Request no slip material in SHU showers_

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classifications committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Manuel Hill
NUMBER: E45648
ASSIGNMENT:
UNIT/ROOM NUMBER: C-12-12C

**A. Describe Problem:** On August 26, 2005, I slipped entering the bottom shower and injured my back severely, and I'm still in much pain. On 8-29-05 I filed a 602 asking why there are no slip-prevention measures in SHU showers but they are in General Population Showers. On 10-5-05 or 10-6-05 I followed CCII Bradbury's instructions and sent a GA-22 to Plant Ops asking why. A month later, I haven't gotten an answer. Plant Ops sent (M.M./SHU) Mr. Gastineau to roughen the floor in front of the shower, but I slipped ("in") the shower.

If you need more space, attach one additional sheet.

**B. Action Requested:** Put non-slip material, like in General Population Showers, into SHU showers to prevent future accidents like mines.

Inmate/Parolee Signature: Manuel Hill
Date Submitted: 11-7-05

**C. INFORMAL LEVEL** (Date Received: 11/7/5)

Staff Response: DENIED; not because the material is not necessary, but because this is an issue that must be dealt with by Plant Operations. It is not a custody issue despite the fact that I am responsible for running the shower program.

Staff Signature: McGrith-Voight, 7o, C-12 Control
Date Returned to Inmate: 11/7/5

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

This is a safety and welfare issue. My accident showed that inmates can be severely injured in SHU showers. Preventive measures like what's in General Population showers could prevent it from happening again.

Signature: Manuel Hill
Date Submitted: 1-7-25

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim.

CDC Appeal Number: _____

Staff Signature: _____ Title: _SO?_ Date Completed: 12-8-05
Division Head Approved:
Signature: _____ Title: _CPT FEST (A)_ Returned Date to Inmate: 12-19-05

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

Signature: _____ Date Submitted: _____

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____
Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter
                                                                    Date: _____

CDC 602 (12/87)

State of California                                                                                          Department of Corrections
                                                                                                                          CDC Form 695

INMATE/PAROLEE DISCIPLINARY APPEALS SCREENING FORM

Name: __Hill__                                   PBSP Log # _____

Number: __E45048__                               Housing: __C12-218 120L__

YOUR APPEAL IS BEING REJECTED/CANCELED AND RETURNED FOR THE FOLLOWING:

Screening Appeals Rejection Criteria

[ ] 1.   The resolution is not within CDC's jurisdiction, CCR 3084.2 (e) and 3084.3 (c) (1).

[ ] 2.   The appeal duplicates the appellant's previous appeal, CCR 3084.3 (c) (2).
         [ ] (a)   Your appeal has been screened out on _____ for _____
         [ ] (b)   Your appeal is being reviewed at the _____ Level, Log # _____
         [ ] (c)   Your appeal has been completed at the _____ Level, Log # _____

[ ] 3.   The appeal concerns an anticipated action or decision, CCR 3084.3 (c) (3).

[ ] 6.   The appeal exceeds the 15 working days time limit, and the inmate has failed to offer a credible explanation as to why he could/did not submit the appeal within the time limit, CCR 3084.2 (c), 3084.3 (c) (6), and 3084.6 (c) (effective Nov.96).

[X] 8.   Abuse of the appeal process/Right to Appeal (effective November 1996)
         [ ] (a)   Excessive filings. Submission of more than one non-emergency appeal within a seven-calendar-day period is excessive, CCR 3084.4 (a).
         [ ] (b)   Inappropriate statements. The Appeal contains false information, profanity, or obscene language, the appeal is rejected, CCR 3084.4 (b).
         [ ] (c)   Excessive verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous, unrelated documentation, CCR 3084.4 (c).
                   [ ] (1)   Only allowed 1 added page, front and back, to describe the problem and action requested in sections A and B per CCR 3084.2 (a) (1).
                   [ ] (2)   Only support documentation, necessary to clarify appeal shall be attached to appeal, per CCR 3084.2 (a) (2).
         [ ] (d)   Lack of cooperation. Appellant refused to cooperate and / or interview with the reviewer which has resulted in cancellation of the appeal per CCR 3084.4 (d).
                   [ ] (1)   Your appeal was screened out and returned to you with instructions:
                             [ ]                 [ ]                 [ ]                 [ ]
         [ ] (e)   Failed to reasonably demonstrate the decision, action, policy, or condition, as having an adverse affect upon the inmate's welfare, per CCR 3084.1 (a).
         [X] (f)   This is a request for information. It is not an appeal. Write a note (GA-22, Request For Interview Form).

[ ] 9.   Cannot appeal on behalf of another inmate / person, CCR 3084.2 (d) and 3084.3 (c) (7).

[ ] 10.  Issue resolved at previous level of Appeal review, CCR 3084.3 (c) (8) and 3084.4 (d).

Comments: __You can send a GA-22 to Plant Ops to Request this Information.__

_____
D. W. BRADBURY, CC II
PBSP Appeals Coordinator

Date: __10/4/05__

This screening decision may not be appealed unless you can support an argument that the above is inaccurate. In such a case, please return this form to the Appeals Office with the necessary supporting information.

PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

PBSP                        SCRN695.DOC Rev. No. 1 2004  CCR 3084.3 (d)                        PBSP

State of California                                                                 Department of Corrections
                                                                                           CDC Form 695

## INMATE/PAROLEE APPEALS SCREENING FORM

NAME: _Hill_____     PBSP LOG NO: _____

CDC #: _E45048_____  CDC HOUSING: _C-12-248 ?20?_  OTHER LOG #: _____

YOUR APPEAL IS BEING RETURNED FOR THE FOLLOWING REASON(S):

[X] 4. In violation of CCR 3084.2(b), 3084.3(c)(4) & 3084.5(a)(1), you failed and must attach evidence that shows you attempted Informal resolution, prior to the appeal being assigned to the First or formal Level of Appeal review. If a staff member fails to respond after 10 working days, use the Chain of Command and submit the Appeal to that staff members Supervisor, or unit/area Supervisors.

[ ] Counselor            [ ] PBSP R&R          [ ] Med Clinic       [ ] Records
[X] Unit Officer         [ ] PSU Prop.         [ ] Dental Clinic    [ ] I/M Assign
[ ] Mail Room            [ ] PBSP SHU Prop.    [ ] Psych Office     [ ] PBSP Trust Office
[ ] Law Library          [ ] Food Serv         [ ] Med Records      [ ] Plant Ops
[ ] Work Supervisor                            [ ] Other _____

[ ] 5. You have not adequately completed the CDC Form 602, or have not attached the proper documents. Follow instructions, attach the items noted below, send what documents you have, or explain why they are not available, 3084.3(c)(5):

[ ] Supporting Documents & Receipts      [ ] CDC 1845 Disability Verification
[ ] GA 22 Request For Interview          [ ] CDC 1824 Reasonable/Accommodation
[ ] CDC 115 Results With final dispo     [ ] CDC 7362 Health Care Req Co-Pay
[ ] CDC 115 IE/DA information/Report     [ ] CDC 128-C Medical Chrono
[ ] CDC 115 Supplemental Reports         [ ] Cell Search Slip
[ ] CDC 114-D Lockup Order               [ ] Property Inventory Receipt
[ ] CDC 1030 Confidential Disclosure     [ ] CDC 143 Prop. Transfer Receipt
[ ] Lab Results Sheet                    [ ] Package Inventory Slip
[ ] CDC 7219 Medical Report              [ ] Proof of Ownership / Value
[ ] CDC 128-A _____                 [ ] Board of Control Release Form
[ ] CDC 128-B _____                 [ ] Trust Statement
[ ] CDC 128-G _____                 [ ] CDC 193 Trust Acct Wthdrwl Ord
[ ] CDC 629A / 629B Assess SHU Term      [ ] Legal Status Summary
[ ] CDC 812 / A / B Critical / Enemy     [ ] Abstract of Judgment (AOJ)
[ ] CDC 839/840 Class/Reclass Score      [ ] CDC 1858[PC 148.6/CCR 3391(d)] Info.Advis.
[ ] CDC 958 Restoration Request          [ ] Emerg. unwarranted CCR 3084.7(a)(2)(A)
[ ] CDC 1819 Correspondence Denial       [ ] Failed to Complete Section _____
[ ] Other _____                     [ ] Sign & Date Section _____
                                         [ ] CDC Form 602 _____

[ ] 7. The issue has been resolved, PBSP Appeal Log ___. _____. A copy of the Second (Warden's) Level of Appeal review is attached. CCR 3084.2(g)(1)(2)(3).

[ ] 8. Abuse of the appeal procedure: _____

Comments: _Refer this appeal to your assigned unit officer for an informal response_

_____                    _9/16/05_
D. W. BRADBURY, CC II                          Date
PBSP Appeals Coordinator

This screening action may not be appealed unless the above reason/s are inaccurate
and the inmate can provide supporting arguments against the screening decision.

PERMANENT APPEAL ATTACHMENT  -  DO NOT REMOVE

STATE OF CALIFORNIA                                                                 DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.         Category 9-1
1. PBSP                                 1. _____    Slipped & fell
2. _____                             2. _____    in shower

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Manuel Hill      NUMBER: E45048     ASSIGNMENT: _____     UNIT/ROOM NUMBER: C12-218

**A. Describe Problem:** On Friday, Aug. 26, 2005, I slipped and fell entering the bottom shower. I injured my back severly and currently in much pain. Guards and medical personal had to come in and take me out the housing section in a stretcher. I feel that my accident could have been prevented if the showers here were equipt with slip preventive measures such as the black grip mats permenantly affixed to the floor in the entrence of the General Population Showers. Here at PBSP-SHU, there is no such measures in place to prevent these accidents.

If you need more space, attach one additional sheet.

**B. Action Requested:** I want to know how come there is no slip preventive measures here at PBSP-SHU. I want to know how come only General Population was equipt with slip prevention measures and not the SHU?

Inmate/Parolee Signature: Manuel Hill     Date Submitted: 8-29-05

**C. INFORMAL LEVEL** (Date Received: 9/19-05)

Staff Response: This is a maintenence issue not custody.

Staff Signature: Ted Mahew     Date Returned to Inmate: 9/9-05

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Plant Ops sent out ("M.M./SHU") Gastineau to roughen the front of the lower shower where I fell ("in-side") the lower shower. Plant Ops has not returned my GA-22 with a response. I'm dissatisfied with Plant Ops action.

Signature: Manuel Hill     Date Submitted: 11-7-05

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E Inmate Claim     CDC Appeal Number: _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____   Date _____
Interviewed by: _____

_____

Staff Signature: S_____   Title: C____   Date Completed: 12-15-0?
Division Head Approved:                                Returned
Signature: _____   Title: _____   Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

Signature: _____   Date Submitted: _____

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____   Due Date: _____
☐ See Attached Letter

Signature: _____   Date Completed: _____
Warden/Superintendent Signature: _____   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter
                                                        Date: _____

CDC 602 (12/87)

## FIRST LEVEL SUPPLEMENTAL PAGE

RE:   PELICAN BAY STATE PRISON (PBSP)
      Appeal Log # PBSP-C-05-02880
      First Level Reviewer's Response

INMATE: HILL, E-45048

APPEAL DECISION: PARTIALLY GRANTED

APPEAL ISSUE:

You are claiming that on August 26, 2005, you slipped entering the lower tier shower, injuring your back. On August 29, 2005, you filed an Inmate/Parolee Appeal Form, California Department of Corrections (CDC) Form 602, asking to have slip prevention measures in the Security Housing Unit (SHU) showers.

APPEAL RESPONSE:

A review of your appeal has been completed. Your appeal has received careful consideration. Correctional Sergeant M. Traylor interviewed you concerning the contents of this appeal on December 6, 2005. During the course of the interview, you stated essentially the same information as that which was provided in your written appeal on this issue.

DETERMINATION OF ISSUE:

PBSP SHU showers are installed with non-slip tile according to the maintenance staff. PBSP SHU maintenance staff has informed Sergeant Traylor that the cement just outside the showers has been "roughed-up," because typically, this is where most slips have occurred in the past. Unit staff are responsible for inspections, and if the cement outside the showers needs work, Unit staff will submit a California Department of Corrections Form 1064, Work Order Request, to Plant Operations staff who are responsible for this repair. PBSP SHU maintenance staff advised Sergeant Traylor that they would repair the cement portion, if a work order was submitted. Based on the above information, your appeal is **PARTIALLY GRANTED** at the First Level of Review.


S. C. WHEELER             12-19-05                L. M. WILLIAMS              12-18-05
Facility Captain          Date                    Associate Warden (A)        Date
Facility C                                        Security Housing Unit

| PELICAN BAY STATE PRISON |
|---|
| SECOND LEVEL REVIEW |

DATE:   JAN 2 4 2006

**C-FILE**

Inmate HILL, E-45048
Pelican Bay State Prison
Facility C, Security Housing Unit
Building 12, Cell 120

RE: WARDEN'S LEVEL DECISION       APPEAL: DENIED
    APPEAL LOG NO. PBSP-C-05-02880      ISSUE: LIVING CONDITION

This matter was reviewed by RICHARD J. KIRKLAND, Warden, at Pelican Bay State Prison (PBSP). Correctional Sergeant M. Traylor conducted the Appeal interview at the First Level of Appeal Review on December 6, 2005.

## ISSUES

Inmate Hill is requesting that non-slip material be put into the showers to prevent future accidents.

## FINDINGS

### I

The inmate states that on August 26, 2005, he slipped while entering a shower in the Security Housing Unit (SHU) and injured himself. The inmate states in his original appeal dated August 29, 2005, that his accident could have been prevented had there been black grip mats permanently affixed to the floor in the entrance of the shower as they are in the General Population (GP) yards. The inmate questioned why the SHU did not have slip prevention measures like the GP yard. The inmate was dissatisfied that maintenance roughened up the floor in front of the showers to help prevent someone from slipping. The inmate stated that he slipped in the shower.

### II

The inmate was dissatisfied with the First Level Response, restating that the problem is not the outside of the shower but the inside which is slippery after a few showers have been run.

## DETERMINATION OF ISSUE

The inmate requests mats for entrance of the showers to prevent accidents but then at the next level alleges that he fell in the shower; therefore, a mat at the entrance of a shower would have not prevented him from slipping. The GP yards do not have black grip mats affixed to the entrance of the showers as the inmate alleges in his appeal. Mats affixed to the floor would promote mold and bacteria, causing a potential health problem.

The inmate determined his fall was due to the shower floor becoming slippery after a few showers had been run for inmates. As shower floors will always have the potential of becoming slippery regardless of being made of non-slip material, inmates need to take preventive measures to help reduce the problem.

Supplement Page 2
HILL, E-45048
Appeal # PBSP-C-05-02880

Showers promote mold and bacteria to grow and most people prefer to wear shower shoes when showering in a public showers. As with all shoes, shower shoes wear out and the bottoms will become smooth which would contribute to slipping on a wet surface; therefore, the inmate needs to assess the wear on his shower shoes to determine when they become unsafe and should be replaced.

A person slipping in a shower could be contributed to a build up of soap scum on the floor. The staff in C12 where the inmate was housed when he slipped stated that the showers are cleaned numerous times during the week. Inmates need to be observant when they get in the showers that someone before them did not drop soap or shampoo on the floor.

The California Code of Regulations (CCR), Title 15, Section 3064, states in part, *"Inmates must keep their quarters and surroundings neat, clean and sanitary."* While the cleaning of the showers may be the responsibility of other inmates assigned to clean them all the inmates need to be respectful of the next inmate using the shower and make sure the floors are free of shampoo or soap that may cause someone to slip.

The inmate's request for non-slip material to be placed in the showers is DENIED. Materials used in the construction of the showers are non-slip and any additional materials placed on top of the floor would have the same potential to become slippery if not kept clean.

## MODIFICATION ORDER

No modification of this decision or action taken is required.

*[signature]*
RICHARD J. KIRKLAND
Warden
Pelican Bay State Prison

PLS #19 01/17/06

INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region
1. PBSP
2. _____

Log No.
1. C05-02880
2. _____

Category 9/7
Request "no-slip" material in SHU

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classifications committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Manuel Hill
NUMBER: #E45648
ASSIGNMENT: 
UNIT/ROOM NUMBER: C12-120

A. Describe Problem: On August 26, 2005, I slipped entering the bottom shower and injured my back severely, and I'm still in much pain. On 8-29-05 I filed a 602 asking why there are no slip-prevention measures in SHU showers but they are in General Population showers. On 10-5-05 or 10-6-05 I followed CCII Bradbury's instructions and sent a GA-22 to Plant Ops asking why. A month later, I haven't gotten an answer. Plant Ops sent (M.M./SHU) Mr. Gastineau to roughen the floor in front of the shower, but I slipped ("in") the shower.

If you need more space, attach one additional sheet.

B. Action Requested: Put non-slip material, like in General Population Showers, into SHU Showers to prevent future accidents like mines.

Inmate/Parolee Signature: Manuel Hill        Date Submitted: 11-7-05

C. INFORMAL LEVEL (Date Received: 11/7/5 )

Staff Response: DENIED; not because the material is not necessary, but because this is an issue that must be dealt with by Plant Operations. It is not a custody issue despite the fact that I am responsible for running the shower program.

Staff Signature: M. Gillett-Campbell, 7o, C-12 Control        Date Returned to Inmate: 11/7/5

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

This is a safety and welfare issue. My accident showed that inmates can be severely injured in SHU showers. Preventive measures like what's in General Population showers could prevent it from happening again.

Signature: Manuel Hill        Date Submitted: 11-7-05

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

First Level   ☐ Granted   ☐ P. Granted   ☑ Denied   ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 11/9/05   Due Date: 12/23/05

Interviewed by: SGT. M TRAVICK

Staff Signature: _____   Title: SGT   Date Completed: 12-8-05

Division Head Approved Signature: _____   Title: CPT TTT   Returned Date to Inmate: 12-19-05

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

This issued is not remedy, because the Problem is not the outside of the shower. Instead it is going on the inside of the SHU-Shower where it becomes very slippery after a few showers has been ran for inmates!

Signature: Manuel Tello   Date Submitted: 12-28-05

Second Level   ☐ Granted   ☐ P. Granted   ☑ Denied   ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 12-29-05   Due Date: 1-30-06

☑ See Attached Letter

Signature: Plombia CCII   Date Completed: 1/17/06

Warden/Superintendent Signature: R Kuller   Date Returned to Inmate: 2-6-06

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other
☐ See Attached Letter
                                                        Date: _____

CDC 602 (12/87)

# FIRST LEVEL SUPPLEMENTAL PAGE

RE:   PELICAN BAY STATE PRISON (PBSP)
      Appeal Log # PBSP-C-05-02880
      First Level Reviewer's Response

**INMATE**: HILL, E-45048

**APPEAL DECISION**: PARTIALLY GRANTED

**APPEAL ISSUE**:

You are claiming that on August 26, 2005, you slipped entering the lower tier shower, injuring your back. On August 29, 2005, you filed an Inmate/Parolee Appeal Form, California Department of Corrections (CDC) Form 602, asking to have slip prevention measures in the Security Housing Unit (SHU) showers.

**APPEAL RESPONSE**:

A review of your appeal has been completed. Your appeal has received careful consideration. Correctional Sergeant M. Traylor interviewed you concerning the contents of this appeal on December 6, 2005. During the course of the interview, you stated essentially the same information as that which was provided in your written appeal on this issue.

**DETERMINATION OF ISSUE**:

PBSP SHU showers are installed with non-slip tile according to the maintenance staff. PBSP SHU maintenance staff has informed Sergeant Traylor that the cement just outside the showers has been "roughed-up," because typically, this is where most slips have occurred in the past. Unit staff are responsible for inspections, and if the cement outside the showers needs work, Unit staff will submit a California Department of Corrections Form 1064, Work Order Request, to Plant Operations staff who are responsible for this repair. PBSP SHU maintenance staff advised Sergeant Traylor that they would repair the cement portion, if a work order was submitted. Based on the above information, your appeal is **PARTIALLY GRANTED** at the First Level of Review.

| | | | |
|---|---|---|---|
| S. C. WHEELER | Date | L. M. WILLIAMS | Date |
| Facility Captain | | Associate Warden (A) | |
| Facility C | | Security Housing Unit | |

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. PBSP
2. ___

Log No.
1. ___
2. ___

Category 9-1
Slipped & Fell in shower

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Manuel Hill    NUMBER: E45048    ASSIGNMENT: ___    UNIT/ROOM NUMBER: C12-218

**A. Describe Problem:** On Friday, Aug. 26, 2005, I slipped and fell entering the bottom Shower. I injured my back severly and currently in much pain. Guards and medical personal had to come in and take me out the housing section in a stretcher. I feel that my accident could have been prevented if the showers here were equipt with slip preventive measures such as the black grip mats permenantly affixed to the floor in the entrence of the general population showers. Here at PBSP-SHU, there is no such measures in place to prevent these accidents.

If you need more space, attach one additional sheet.

**B. Action Requested:** I want to know how come there is no slip preventive measures here at PBSP-SHU. I want to know how come only general population was equipt with slip prevention measures and not the SHU?

Inmate/Parolee Signature: Manuel Hill    Date Submitted: 8-29-05

**C. INFORMAL LEVEL** (Date Received: 9/19-05)
Staff Response: This is a maintenance issue not custody.

Staff Signature: ___    Date Returned to Inmate: 9/19-05

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Plant Ops sent out ("M.M./SHU") Gastineau to roughen the front of the lower shower when I Fell ("in-side") the lower shower. Plant Ops has not returned my GA-22 with a response. I'm dissatisfied with Plant Ops action.

Signature: Manuel Hill    Date Submitted: 11-7-05

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim.

CDC Appeal Number: ___

First Level  ☐ Granted  ☑ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

Staff Signature: _S_____  Title: _C___  Date Completed: _12-15-0?_
Division Head Approved:                               Returned
Signature: _____  Title: _____  Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

Signature: _____  Date Submitted: _____

Second Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____  Date Completed: _____
Warden/Superintendent Signature: _____  Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

Signature: _____  Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

---

DIRECTOR'S ACTION: ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter
                                                    Date: _____

CDC 602 (12/87)

State of California                                          Department of Corrections
                                                                      CDC Form 695

## INMATE/PAROLEE APPEALS SCREENING FORM

NAME: Hill _____  PBSP LOG NO: _____

CDC #: E45048 _____  CDC HOUSING: C-12-248 ✓  OTHER LOG #: _____

YOUR APPEAL IS BEING RETURNED FOR THE FOLLOWING REASON(S):

[X] 4. In violation of CCR 3084.2(b), 3084.3(c)(4) & 3084.5(a)(1), you failed and must
       attach evidence that shows you attempted Informal resolution, prior to the
       appeal being assigned to the First or formal Level of Appeal review.
       If a staff member fails to respond after 10 working days, use the Chain of Command
       and submit the Appeal to that staff members Supervisor, or unit/area Supervisors.

   [ ] Counselor          [ ] PBSP R&R          [ ] Med Clinic       [ ] Records
   [X] Unit Officer       [ ] PSU Prop.         [ ] Dental Clinic    [ ] I/M Assign
   [ ] Mail Room          [ ] PBSP SHU Prop.    [ ] Psych Office     [ ] PBSP Trust Office
   [ ] Law Library        [ ] Food Serv         [ ] Med Records      [ ] Plant Ops
   [ ] Work Supervisor                          [ ] Other _____

[ ] 5. You have not adequately completed the CDC Form 602, or have not attached the
       proper documents. Follow instructions, attach the items noted below, send what
       documents you have, or explain why they are not available, 3084.3(c)(5):

   [ ] Supporting Documents & Receipts       [ ] CDC 1845 Disability Verification
   [ ] GA 22 Request For Interview           [ ] CDC 1824 Reasonable/Accommodation
   [ ] CDC 115 Results With final dispo      [ ] CDC 7362 Health Care Req Co-Pay
   [ ] CDC 115 IE/DA information/Report      [ ] CDC 128-C Medical Chrono
   [ ] CDC 115 Supplemental Reports          [ ] Cell Search Slip
   [ ] CDC 114-D Lockup Order                [ ] Property Inventory Receipt
   [ ] CDC 1030 Confidential Disclosure      [ ] CDC 143 Prop. Transfer Receipt
   [ ] Lab Results Sheet                     [ ] Package Inventory Slip
   [ ] CDC 7219 Medical Report               [ ] Proof of Ownership / Value
   [ ] CDC 128-A _____                  [ ] Board of Control Release Form
   [ ] CDC 128-B _____                  [ ] Trust Statement
   [ ] CDC 128-G _____                  [ ] CDC 193 Trust Acct Wthdrwl Ord
   [ ] CDC 629A / 629B Assess SHU Term       [ ] Legal Status Summary
   [ ] CDC 812 / A / B Critical / Enemy      [ ] Abstract of Judgment (AOJ)
   [ ] CDC 839/840 Class/Reclass Score       [ ] CDC 1858[PC 148.6/CCR 3391(d)] Info.Advis.
   [ ] CDC 958 Restoration Request           [ ] Emerg. unwarranted CCR 3084.7(a)(2)(A)
   [ ] CDC 1819 Correspondence Denial        [ ] Failed to Complete Section _____
   [ ] Other _____                      [ ] Sign & Date Section _____
                                             [ ] CDC Form 602 _____

[ ] 7. The issue has been resolved, PBSP Appeal Log _____. A copy
       of the Second (Warden's) Level of Appeal review is attached CCR 3084.2(g)(1)(2)(3).

[ ] 8. Abuse of the appeal procedure: _____

Comments: _Refer this appeal to your assigned unit Officer for an in-_
_formal response_

_[signature]_                          9/16/05
D. W. BRADBURY, CC II                   Date
PBSP Appeals Coordinator

  This screening action may not be appealed unless the above reason/s are inaccurate
  and the inmate can provide supporting arguments against the screening decision.

              PERMANENT APPEAL ATTACHMENT   -   DO NOT REMOVE

PBSP        (695-SOUT.DOC) (Rev. Nov. 2, 2004) CCR 3084.3(d)        PBSP

State of California                                                                 Department of Corrections
                                                                                           CDC Form 695
INMATE/PAROLEE DISCIPLINARY APPEALS SCREENING FORM

Name: HILL                              PBSP Log # _____

Number: E45048                          Housing: C12-218 120 L

YOUR APPEAL IS BEING REJECTED/CANCELED AND RETURNED FOR THE FOLLOWING:

Screening Appeals Rejection Criteria

[ ] 1.   The resolution is not within CDC's jurisdiction, CCR 3084.2 (e) and 3084.3 (c) (1).

[ ] 2.   The appeal duplicates the appellant's previous appeal, CCR 3084.3 (c) (2).
         [ ] (a)   Your appeal has been screened out on _____ for _____
         [ ] (b)   Your appeal is being reviewed at the _____ Level, Log # _____
         [ ] (c)   Your appeal has been completed at the _____ Level, Log # _____

[ ] 3.   The appeal concerns an anticipated action or decision, CCR 3084.3 (c) (3).

[ ] 6.   The appeal exceeds the 15 working days time limit, and the inmate has failed to offer a credible explanation as to why he could/did not submit the appeal within the time limit, CCR 3084.2 (c), 3084.3 (c) (6), and 3084.6 (c) (effective Nov.96).

[X] 8.   Abuse of the appeal process/Right to Appeal (effective November 1996)
         [ ] (a)   Excessive filings. Submission of more than one non-emergency appeal within a seven-calendar-day period is excessive, CCR 3084.4 (a).
         [ ] (b)   Inappropriate statements. The Appeal contains false information, profanity, or obscene language, the appeal is rejected, CCR 3084.4 (b).
         [ ] (c)   Excessive verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous, unrelated documentation, CCR 3084.4 (c).
                   [ ] (1)   Only allowed 1 added page, front and back, to describe the problem and action requested in sections A and B per CCR 3084.2 (a) (1).
                   [ ] (2)   Only support documentation, necessary to clarify appeal shall be attached to appeal, per CCR 3084.2 (a) (2).
         [ ] (d)   Lack of cooperation. Appellant refused to cooperate and / or interview with the reviewer which has resulted in cancellation of the appeal per CCR 3084.4 (d).
                   [ ] (1)   Your appeal was screened out and returned to you with instructions:
                             [ ]              [ ]              [ ]              [ ]
         [ ] (e)   Failed to reasonably demonstrate the decision, action, policy, or condition, as having an adverse affect upon the inmate's welfare, per CCR 3084.1 (a).
         [X] (f)   This is a request for information. It is not an appeal. Write a note (GA-22, Request For Interview Form).

[ ] 9.   Cannot appeal on behalf of another inmate / person, CCR 3084.2 (d) and 3084.3 (c) (7).

[ ] 10.  Issue resolved at previous level of Appeal review, CCR 3084.3 (c) (8) and 3084.4 (d).

Comments: You can send a GA-22 to plant ops to request this information.

_____              10/4/05
D. W. BRADBURY, CC II                  Date
PBSP Appeals Coordinator

This screening decision may not be appealed unless you can support an argument that the above is inaccurate. In such a case, please return this form to the Appeals Office with the necessary supporting information.

PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

PBSP          (695R9905.DOC) (Rev. Nov. 2, 2004) CCR 3084.3(d)          PBSP