# EXHIBIT C

Typed 11/4  ready 7 of 11.

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region

Log No.

Category

1. PBSP
2.

1. C05-02833
2.

8/10

Back Prob. from falling 8/26/05 FALL

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Manuel Hill | E-45048 | | C12 120 |

A. Describe Problem: I'm constantly having back pained since falling August 26-2005. I have not received any other type of treatment for this problem, other than a bunch of pills ("Ibuprofen, Naproxen") and others that has given me an adverse reaction; causing me to go to the infirmary on the 30th of August 2005. I've submitted numerous of medical slipped, but to no avail.

If you need more space, attach one additional sheet.

B. Action Requested: Back Therapy

Inmate/Parolee Signature: Manuel Hill    Date Submitted: 9-27-05

C. INFORMAL LEVEL (Date Received: 10/19/05 )  partial granted you

Staff Response: You will be placed on MD line to discuss this issue.

Staff Signature: [signature]    Date Returned to Inmate: 10/8/05

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I am dissatisfied with this respondence, for it has been 2 weeks since I've received this responsed back from medical. And I still have not seen the doctor yet. My back is hurting me real bad now!

Signature: Manuel Hill    Date Submitted: 10-31-05

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

First Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _11/2/05_    Due Date: _12/16/05_

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____  Title: _____  Date Completed: _____
Division Head Approved: _____  Returned
Signature: _____  Title: _____  Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

Signature: _____  Date Submitted: _____

Second Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____  Due Date: _____
☐ See Attached Letter

Signature: _____  Date Completed: _____
Warden/Superintendent Signature: _____  Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____  Date Submitted: _____

For the Director's Review, submit all documents to:  Director of Corrections
                                                      P.O. Box 942883
                                                      Sacramento, CA 94283-0001
                                                      Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other
☐ See Attached Letter
                                                      Date: _____

CDC 602 (12/87)

First Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _11/2/05_    Due Date: _12/16/05_

Interviewed by: _____

*See Attachment*

Staff Signature: _____    Title: _____    Date Completed: _12-10-05_

Division Head Approved:
Signature: _____    Title: _____    Returned
Date to Inmate: _12-19-05_

A. THACKER, CHSA II

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☒ See Attached Letter

Signature: _____    Date Completed: _____
Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

State of California

Department of Corrections
CDC Form 695

## INMATE/PAROLEE APPEALS SCREENING FORM

NAME: _Hill_

PBSP LOG NO: _____

CDC #: _E45048_   CDC HOUSING: _C12-120_   OTHER LOG #: _____

YOUR APPEAL IS BEING RETURNED FOR THE FOLLOWING REASON(S):

☒ 4. In violation of CCR 3084.2(b), 3084.3(c)(4) & 3084.5(a)(1), you failed and must attach evidence that shows you attempted Informal resolution, prior to the appeal being assigned to the First or formal Level of Appeal review. If a staff member fails to respond after 10 working days, use the Chain of Command and submit the Appeal to that staff members Supervisor, or unit/area Supervisors.

| | | |
|---|---|---|
| [ ] Counselor | [ ] PBSP R&R | ☒ Med Clinic | [ ] Records |
| [ ] Unit Officer | [ ] PSU Prop. | [ ] Dental Clinic | [ ] I/M Assign |
| [ ] Mail Room | [ ] PBSP SHU Prop. | [ ] Psych Office | [ ] PBSP Trust Office |
| [ ] Law Library | [ ] Food Serv | [ ] Med Records | [ ] Plant Ops |
| [ ] Work Supervisor | | [ ] Other _____ |

☒ 5. You have not adequately completed the CDC Form 602, or have not attached the proper documents. Follow instructions, attach the items noted below, send what documents you have, or explain why they are not available, 3084.3(c)(5):

| | |
|---|---|
| [ ] Supporting Documents & Receipts | [ ] CDC 1845 Disability Verification |
| [ ] GA 22 Request For Interview | [ ] CDC 1824 Reasonable/Accommodation |
| [ ] CDC 115 Results With final dispo | ☒ CDC 7362 Health Care Req Co-Pay |
| [ ] CDC 115 IE/DA information/Report | [ ] CDC 128-C Medical Chrono |
| [ ] CDC 115 Supplemental Reports | [ ] Cell Search Slip |
| [ ] CDC 114-D Lockup Order | [ ] Property Inventory Receipt |
| [ ] CDC 1030 Confidential Disclosure | [ ] CDC 143 Prop. Transfer Receipt |
| [ ] Lab Results Sheet | [ ] Package Inventory Slip |
| [ ] CDC 7219 Medical Report | [ ] Proof of Ownership / Value |
| [ ] CDC 128-A _____ | [ ] Board of Control Release Form |
| [ ] CDC 128-B _____ | [ ] Trust Statement |
| [ ] CDC 128-G _____ | [ ] CDC 193 Trust Acct Wthdrwl Ord |
| [ ] CDC 629A / 629B Assess SHU Term | [ ] Legal Status Summary |
| [ ] CDC 812 / A / B Critical / Enemy | [ ] Abstract of Judgment (AOJ) |
| [ ] CDC 839/840 Class/Reclass Score | [ ] CDC 1858(PC 148.6/CCR 3391(d)) Info.Advis. |
| [ ] CDC 958 Restoration Request | [ ] Emerg. unwarranted CCR 3084.7(a)(2)(A) |
| [ ] CDC 1819 Correspondence Denial | [ ] Failed to Complete Section _____ |
| [ ] Other _____ | [ ] Sign & Date Section _____ |
| | [ ] CDC Form 602 _____ |

[ ] 7. The issue has been resolved, PBSP Appeal Log No. _____ - _____ . A copy of the Second (Warden's) Level of Appeal review is attached CCR 3084.7(g)(1)(2)(3).

[ ] 8. Abuse of the appeal procedure: _____

Comments: _____

_D. Bradbury (signature)_                    Date _10/14/05_

D. W. BRADBURY, CC II
PBSP Appeals Coordinator

This screening action may not be appealed unless the above reason/s are inaccurate and the inmate can provide supporting arguments against the screening decision.

### PERMANENT APPEAL ATTACHMENT   -   DO NOT REMOVE

## FIRST LEVEL SUPPLEMENTAL PAGE
First Level Reviewers Response

C-FILE

RE:    PELICAN BAY STATE PRISON

Appeal Log #: PBSP-C-05-02833
Inmate Name: HILL / E45048

**APPEAL DECISION:**    **PARTIALLY GRANTED**

**APPEAL ISSUE:** In your Informal Appeal, you stated you are constantly having back pain since falling August 26, 2005 and that you haven't received any treatment other than a bunch of pills. You say those pills (Ibuprofen & Naproxen) have given you an adverse reaction, causing you to go to the infirmary on August 30, 2005, and you have submitted numerous medical slips to no avail. Your requested action was back therapy. H. Pomerleau, R.N., responded to your appeal on October 18, 2005, stating: "You will be placed on MD line to discuss this issue". You wrote back at the First Level, stating that you are dissatisfied with that response because as of October 21, 2005, you still hadn't seen the doctor yet and your back is hurting really bad now.

**FINDINGS:** I, L. Rowe, M.D., was assigned to review your appeal. I interviewed you during your appointment on November 13, 2005. You were referred for a Physical Therapy consultation on November 17, 2005, and the Medical Authorization Review Committee has approved it. You are on the list to be seen by the Physical Therapist and will be seen in turn.

**DETERMINATION OF ISSUE:** A thorough review of your request presented in this complaint has been completed. Based on this review, the action requested to resolve the appeal is partially granted and will be fully granted when you begin your physical therapy.


L. Rowe, M.D.                    Date 12/16/05
Staff Physician


A. Thacker                    Date 12-16-05
Correctional Health Services Administrator II

C-FILE

## SECOND LEVEL APPEAL RESPONSE

RE:    PELICAN BAY STATE PRISON
       Appeal Log Number: PBSP-C-05-02833
       Inmate/CDC Number: Hill / E45048

This matter was reviewed by MAUREEN MCLEAN, FNP, Health Care Manager at Pelican Bay
State Prison (PBSP). A. Thacker, CHSA II, conducted the Appeal at the Second Level of
Review on January 18, 2006.

**APPEAL ISSUE:** At the Informal Appeal, you stated you are constantly having back pain since
falling August 26, 2005 and that you haven't received any treatment other than a bunch of pills.
You say those pills (Ibuprofen & Naproxen) have given you an adverse reaction, causing you to
go to the infirmary on August 30, 2005, and you have submitted numerous medical slips to no
avail. Your requested action was back therapy. H. Pomerleau, R.N., responded to your appeal
on October 18, 2005, stating: "You will be placed on MD line to discuss this issue". You wrote
back at the First Level, stating that you are dissatisfied with that response because as of October
21, 2005, you still hadn't seen the doctor yet and your back is hurting really bad now. L. Rowe,
M.D., was assigned to review your appeal at the First Level and interviewed you during your
appointment on November 13, 2005. You were referred for a Physical Therapy consultation on
November 17, 2005, and the Medical Authorization Review Committee has approved it. Your
Physical Therapy began December 22, 2005. You submitted your appeal to the Second Level for
response on January 2, 2006. You wanted to clarify that if Doctor Rowe would have read and
understood your initial grievance at the Informal Level, the doctor would have noticed your
statement of "other pills", included Tramadol and that is what caused your adverse reaction on
August 29, 2005.

**FINDINGS:** A review of your appeal has been completed. Your appeal with the attachments
and your requested action has received careful consideration. I, M. McLean, F.N.P., Health Care
Manager, was assigned to investigate your allegations. A. Thacker, CHSA II, reviewed your
medical file and responses January 18, 2006. Your requested action in this appeal was for
physical therapy. Your statement at Second Level, seem to be informational only. Your
physical therapy was granted. If you have medication, or any other issues you would like
resolved, you may submit a new appeal and ask specifically what your requested action is
regarding those issues.

**DECISION:** The Appeal is granted.

The appellant is advised that this issue may be submitted for a Director's Level of Review if
desired.

_____ 1/18/06        _____ 1/19/06
Acel K. Thacker         Date       M. McLean, FNP          Date
Correctional Health Services Administrator II      Health Care Manager

**INMATE/PAROLEE APPEAL FORM**
CDC-602 (12/87)

Location: Institution/Parole Region

1. PBSP    Log No. 05-02833    Category 8/10

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Manuel Hill    NUMBER: E-45048    ASSIGNMENT:    UNIT/ROOM NUMBER: C12-120

A. Describe Problem: I'm constantly having backpained since falling August 26-2005. I have not received any other type of treatment for this problem, other than a bunch of pills ("Ibuprofen, Naproxen") and others that has given me an adverse reaction; causing me to go to the infirmary on the 30th of August 2005. I've submitted numerous of medical slipped, but to no avail.

If you need more space, attach one additional sheet.

B. Action Requested: Back Therapy

Inmate/Parolee Signature: Manuel Hill    Date Submitted: 9-27-05

C. INFORMAL LEVEL (Date Received: 10/19/05)

Staff Response: You will be placed on MD line to discuss this issue.

Staff Signature: _____    Date Returned to Inmate: 10/18/05

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I am dissatisfied with this respondence, for it has been 2 weeks since I've receive this responsed back from medical. And I still have not seen the doctor yet. My back is hurting me real bad now.

Signature: Manuel Hill    Date Submitted: 10-31-05

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

First Level    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _11/2/05_    Due Date: _12/16/05_

Interviewed by: _____

_See Attachment_

Staff Signature: _Linda Rowe_    Title: _A. THACKER, CHSA II_    Date Completed: _12-10-05_

Division Head Approved:
Signature: _____    Title: _____    Returned
                                      Date to Inmate: _12-19-05_

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_Just to be clear: If Dr. Rowe would have read and under-_
_stood my initial grievance at the informal level. The doctor_
_would have noticed my statement of other pills (Tramadol)_
_in particular is what gave me the adverse-reaction 8-29-05_

Signature: _M. Manuel Hill_    Date Submitted: _1-2, 2006_

Second Level    ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _01-04-06_    Due Date: _02-02-06_
☑ See Attached Letter

Signature: _Carl K. Thacker_    _CHSA II_    Date Completed: _1/10/06_

Warden/Superintendent Signature: _Muelle A. M. Hle_    _HCM_    Date Returned to Inmate: _1-20-06_

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
                                                          Date: _____

CDC 602 (12/87)

State of California                                                           Department of Corrections
                                                                             CDC Form 695

## INMATE/PAROLEE APPEALS SCREENING FORM

NAME: __Hill__                          PBSP LOG NO: _____

CDC #: __E45048__  CDC HOUSING: __C12-120__   OTHER LOG #: _____

YOUR APPEAL IS BEING RETURNED FOR THE FOLLOWING REASON(S):

[X] 4. In violation of CCR 3084.2(b), 3084.3(c)(4) & 3084.5(a)(1), you failed and must
       attach evidence that shows you attempted Informal resolution, prior to the
       appeal being assigned to the First or formal Level of Appeal review.
       If a staff member fails to respond after 10 working days, use the Chain of Command
       and submit the Appeal to that staff members Supervisor, or unit/area Supervisors.

   [ ] Counselor        [ ] PBSP R&R        [X] Med Clinic      [ ] Records
   [ ] Unit Officer     [ ] PSU Prop.       [ ] Dental Clinic   [ ] I/M Assign
   [ ] Mail Room        [ ] PBSP SHU Prop.  [ ] Psych Office    [ ] PBSP Trust Office
   [ ] Law Library      [ ] Food Serv       [ ] Med Records     [ ] Plant Ops
   [ ] Work Supervisor                      [ ] Other

[X] 5. You have not adequately completed the CDC Form 602, or have not attached the
       proper documents. Follow instructions, attach the items noted below, send what
       documents you have, or explain why they are not available, 3084.3(c)(5):

   [ ] Supporting Documents & Receipts      [ ] CDC 1845 Disability Verification
   [ ] GA 22 Request For Interview          [ ] CDC 1824 Reasonable/Accommodation
   [ ] CDC 115 Results With final dispo      [X] CDC 7362 Health Care Req Co-Pay
   [ ] CDC 115 IE/DA information/Report      [ ] CDC 128-C Medical Chrono
   [ ] CDC 115 Supplemental Reports         [ ] Cell Search Slip
   [ ] CDC 114-D Lockup Order               [ ] Property Inventory Receipt
   [ ] CDC 1030 Confidential Disclosure     [ ] CDC 143 Prop. Transfer Receipt
   [ ] Lab Results Sheet                    [ ] Package Inventory Slip
   [ ] CDC 7219 Medical Report              [ ] Proof of Ownership / Value
   [ ] CDC 128-A _____            [ ] Board of Control Release Form
   [ ] CDC 128-B _____            [ ] Trust Statement
   [ ] CDC 128-G _____            [ ] CDC 193 Trust Acct Wthdrwl Ord
   [ ] CDC 629A / 629B Assess SHU Term      [ ] Legal Status Summary
   [ ] CDC 812 / A / B Critical / Enemy     [ ] Abstract of Judgment (AOJ)
   [ ] CDC 839/840 Class/Reclass Score      [ ] CDC 1858[PC 148.6/CCR 3391(d)] Info.Advis.
   [ ] CDC 958 Restoration Request          [ ] Emerg. unwarranted CCR 3084.7(a)(2)(A)
   [ ] CDC 1819 Correspondence Denial       [ ] Failed to Complete Section _____
   [ ] _____                      [ ] Sign & Date Section _____
                                            [ ] CDC Form 602 _____

[ ] 7. The issue has been resolved, PBSP Appeal Log No. _____ . _____ . A copy
       of the Second (Warden's) Level of Appeal review is attached CCR 3084.7(g)(1)(2)(3).

[ ] 8. Abuse of the appeal procedure: _____

Comments: _____

_signature: D. W. Bradbury_                   Date __10/14/05__

D. W. BRADBURY, CC II
PBSP Appeals Coordinator

       This screening action may not be appealed unless the above reason/s are inaccurate
       and the inmate can provide supporting arguments against the screening decision.

## PERMANENT APPEAL ATTACHMENT  -  DO NOT REMOVE

# FIRST LEVEL SUPPLEMENTAL PAGE
First Level Reviewers Response

RE:    PELICAN BAY STATE PRISON

Appeal Log #: PBSP-C-05-02833
Inmate Name: HILL / E45048

**APPEAL DECISION:**    **PARTIALLY GRANTED**

**APPEAL ISSUE:** In your Informal Appeal, you stated you are constantly having back pain since falling August 26, 2005 and that you haven't received any treatment other than a bunch of pills. You say those pills (Ibuprofen & Naproxen) have given you an adverse reaction, causing you to go to the infirmary on August 30, 2005, and you have submitted numerous medical slips to no avail. Your requested action was back therapy. H. Pomerleau, R.N., responded to your appeal on October 18, 2005, stating: "You will be placed on MD line to discuss this issue". You wrote back at the First Level, stating that you are dissatisfied with that response because as of October 21, 2005, you still hadn't seen the doctor yet and your back is hurting really bad now.

**FINDINGS:** I, L. Rowe, M.D., was assigned to review your appeal. I interviewed you during your appointment on November 13, 2005. You were referred for a Physical Therapy consultation on November 17, 2005, and the Medical Authorization Review Committee has approved it. You are on the list to be seen by the Physical Therapist and will be seen in turn.

**DETERMINATION OF ISSUE:** A thorough review of your request presented in this complaint has been completed. Based on this review, the action requested to resolve the appeal is partially granted and will be fully granted when you begin your physical therapy.


L. Rowe, M.D.                    Date 12/16/05
Staff Physician


A. Thacker                    Date 12-16-05
Correctional Health Services Administrator II