EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
LISA SCIANDRA, State Bar No. 246532
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5846
  Fax: (415) 703-5480
  Email: Lisa.Sciandra@doj.ca.gov

Attorneys for Defendants Hickman and Horel

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL HILL,<br><br>                    Plaintiff,<br><br>v.<br><br>RODERICK HICKMAN, et al.,<br><br>                   Defendants. | Case No. C 07-5125 JF<br><br>**DECLARATION OF N. GRANNIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, N. GRANNIS, declare as follows:

    1.    I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief of the Inmate Appeals Branch. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion to Dismiss.

    2.    I am familiar with the sections of Title 15 of the California Code of Regulations that govern an inmate appeal. Section 3084.5 describes the levels of appeal that are available to an inmate. Section 3084.5(e)(2) provides that "[t]hird level review constitutes the director's decision on an appeal, and shall be conducted by a designated representative of the Director
Decl. N. Grannis in Support Mot. to Dismiss        M. Hill v. R. Hickman, et al.
C 07-5125 JF

1

1 under supervision of the chief, inmate appeals." Attached as Exhibit A is a copy of the sections
2 relevant to inmate appeals, updated through September 7, 2007. Attached as Exhibit B is the
3 Form CDC 602 used by an inmate when the inmate files an administrative appeal. The Form
4 CDC 602 informs the inmates of how to proceed "if dissatisfied" with a particular level of
5 decision.

    3.    The director's decision exhausts the administrative remedy available to an inmate within the CDCR. The director's decision also advises an inmate that the decision constitutes the exhaustion of administrative remedies available to the inmate within the CDCR.

    4.    The Inmate Appeals Branch keeps an electronic record of each inmate appeal that has proceeded through the final level of review, the Director's Level, also referred to as the third level. When an appeal is received by the Inmate Appeals Branch and is accepted for review, it will be given an appeal number and will be logged into the system. The system was commenced in 1993. The following information will be kept in the electronic record: appeal log number, the category (nature/subject) of the appeal, institutional log numbers, inmates' names and CDC numbers, institutions where the appeal arises, the date that the appeal is received and closed, and the final disposition of the appeal.

    5.    A search of the computerized system has been conducted under the inmate name Manuel Hill, CDCR number E-45048. Attached as Exhibit C is a true and correct copy of the Inmate Appeals Branch computer printout report, with records back to May 2004, of each inmate appeal that was submitted by Inmate Hill that was accepted for review or screened out at the Director's Level.

        a.    Exhibit C shows that appeal log number PBSP 05-02880 was completed at the

///
///
///
///
///
///

Decl. N. Grannis in Support Mot. to Dismiss        *M. Hill v. R. Hickman, et al.*
        C 07-5125 JF

M. Hill v. R. Hickman, et al.
C 07-5125 JF

1  Director's level of review on May 16, 2006.
2      b.   Exhibit C also shows that appeal log number PBSP 05-02833 was never accepted
3  at the Director's level of review.
4  I declare under penalty of perjury that the foregoing is true and correct. Executed at Sacramento,
5  California, on **May 16**, 2008.

                                      N. Grannis
                                      Chief, Inmate Appeals Branch

Decl. N. Grannis in Support Mot. to Dismiss          M. Hill v. R. Hickman, et al.
                                                                               C 07-5125 JF