# EXHIBIT C

Inmate Appeals Branch  04/30/2008

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: E45048

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| E45048 | HILL, MANUEL | PBSP | 10/03/1996 | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0313538 | DISCIPLINARY | Prior to subcategory | 06/25/2004 | PBSP-04-01009 | 09/21/2004 | 09/17/2004 | DENIED |
| 0406808 | PROPERTY | Prior to subcategory | 01/03/2005 | PBSP-04-02537 | 03/30/2005 | 03/09/2005 | DENIED |
| 0500056 | SEGREGATION | Prior to subcategory | 07/05/2005 | PBSP-05-00100 | 09/28/2005 | 09/19/2005 | DENIED |
| 0509743 | LIVING CONDITIONS | Prior to subcategory | 03/01/2006 | PBSP-05-02880 | 05/25/2006 | 05/16/2006 | DENIED |
| 0510932 | LIVING CONDITIONS | Prior to subcategory | 03/27/2006 | PBSP-05-03140 | 06/21/2006 | 06/02/2006 | DENIED |
| 0511249 | TRANSFER | Prior to subcategory | 04/05/2006 | PBSP-05-03069 | 06/29/2006 | 06/08/2006 | DENIED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0500056 | SEGREGATION | Prior to subcategory | 03/09/2005 | PBSP-05-00100 | 03/09/2005 | | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5094147 | DISCIPLINARY | Prior to subcategory | 05/10/2004 | | 05/10/2004 | | MUST BE COMPLETED THROUGH 2ND LEVEL |

Page: 1