1

2

3

4

5

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11

12  **MANUEL HILL,**

Plaintiff,

13  v.

14  **RODERICK HICKMAN, et al.,**

15  Defendants.

16

Case No. C 07-5125 JF

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

17     Plaintiff Orlando Perez is a state inmate incarcerated at Pelican Bay State Prison who filed

18  this action under 42 U.S.C. § 1983 and makes an Eighth Amendment claim against Defendants

19  Hickman and Horel.

20     Defendants filed a motion to dismiss this action because Plaintiff failed to exhaust his

21  available administrative remedies before filing suit, as required by the Prison Litigation Reform

22  Act (PLRA), 42 U.S.C. § 1997e(a).  Defendants argued that Plaintiff failed to exhaust his

23  because his administrative appeals either do not concern the claim recognized by this court or

24  were not exhausted to the requisite third level of review.

25     After full consideration of all pleadings and good cause appearing, the Court grants

26  Defendants' motion to dismiss the action without prejudice.

27  Dated: _____

28  _____
Jeremy Fogel
United States District Court Judge

[Proposed] Order Granting Defs.' Mot. Dismiss

*M. Hill v. R. Hickman, et al.*
Case No. C 07-5125 JF