EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5577
  Fax: (415) 703-5843
  Email: Jennifer.Nygaard@doj.ca.gov

Attorneys for Defendants Hickman and Horel

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL HILL, <br><br> Plaintiff, <br><br> v. <br><br> RODERICK HICKMAN, et al., <br><br> Defendants. | C 07-5125 JF <br><br> **DECLARATION OF J. NYGAARD IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME** |

I, J. Nygaard, declare as follows:

1. I am employed by the Office of the California Attorney General as a Deputy Attorney General in the Correctional Law Section. Lisa Sciandra, the Deputy Attorney General assigned to represent Defendants Hickman and Horel (Defendants) in this case, is currently on medical leave.

2. On February 22, 2008, this Court ordered Defendants to file a dispositive motion within ninety days. This Court further ordered Plaintiff to file an opposition no later than thirty days after Defendants' motion is filed, and for Defendants to file a reply brief no later than fifteen days after Plaintiff's opposition is filed. (Docket No. 6.)

3. Defendants filed a motion to on dismiss May 16, 2008. (Docket No. 10.) On July 30, 2008, Plaintiff's untimely opposition to Defendants' motion was filed. (Docket No. 14.)

4. Lisa Sciandra is not expected to return from medical leave until approximately August 18, 2008. Because Ms. Sciandra is the attorney who drafted Defendants' motion to dismiss and who is most familiar with the facts of this case, I am requesting that the time for Defendants to file a reply to Plaintiff's opposition be extended up to and including September 15, 2008, so that Ms. Sciandra will have sufficient time to prepare a reply upon returning from medical leave.

5. Plaintiff is a state prisoner and cannot be easily contacted about an extension of time.

6. No previous extensions of time have been filed by the Defendants in this matter.

7. This request for extension of time is not made for any purpose of harassment or undue delay, or for any improper reason.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on August 7, 2008, in San Francisco, California.

JENNIFER J. NYGAARD
Deputy Attorney General

20129641.wpd
SF2008401059

Decl. J. Nygaard Supp. Defs.' Rqst. EOT

*Hill v. Hickman, et al.*
C 07-5125 JF