IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL HILL,<br><br>         Plaintiff,<br><br> v.<br><br>RODERICK HICKMAN, et al.,<br><br>         Defendants. | C 07-5125 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, AND GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO OBEY COURT ORDERS AND PROSECUTE** |

  Defendants Hickman and Horel (Defendants) moved this Court for an order striking Plaintiff's opposition to Defendants' motion to dismiss (Docket No. 10), and dismissing this action for failure to comply with court orders and to prosecute. After consideration and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's opposition to Defendants' motion to dismiss is stricken as untimely, and this action is dismissed with prejudice.

Dated: _____

                   JEREMY FOGEL
                   United State District Judge

[Proposed] Order Granting Defs.' Mots. Strike Pl.'s Opp'n & Dismiss    *Hill v. Hickman, et al.*
                                 Case No. C 07-5125 JF

1