IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL HILL,<br><br>  Plaintiff,<br><br>v.<br><br>RODERICK HICKMAN, et al.,<br><br>  Defendants. | C 07-5125 JF<br><br>[PROPOSED] ORDER STAYING TIME FOR DEFENDANTS' TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

Defendants Hickman and Horel (Defendants) moved this Court for an order staying the time in which to file a reply to Plaintiff's opposition to Defendants' motion to dismiss (Docket No. 14) pending the Court's decision on Defendants' motion to strike Plaintiff's opposition and Defendants' motion to dismiss for failure to prosecute. After consideration and good cause appearing, IT IS HEREBY ORDERED that Defendants' motion for a stay is granted.

Dated: _____

JEREMY FOGEL
United State District Judge

[Proposed] Order Staying Time Defs.' Reply Pl.'s Opp'n Defs.' Mot. Dismiss

*Hill v. Hickman, et al.*
Case No. C 07-5125 JF