IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL HILL,<br><br>Plaintiff,<br><br>v.<br><br>RODERICK HICKMAN, et al.,<br><br>Defendants. | C 07-5125 JF<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION |

Defendants Hickman and Horel (Defendants) have requested an extension of time to file a reply to Plaintiff's opposition to Defendants' motion to dismiss. This Court has reviewed Defendants' request and the declaration of J. Nygaard, and finds good cause to GRANT the request. Accordingly, Defendants have up to and including **September 15, 2008** to file a reply.

IT IS SO ORDERED.

Dated: _____

JEREMY FOGEL
United States District Judge

[Proposed] Order Granting Defs.' Req. EOT

*Hill v. Hickman, et al.*
Case No. C 07-5125 JF