1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL HILL,                        )    No. C 07-05125 JF (PR)
                                    )
                    Plaintiff,      )    ORDER DENYING MOTION
                                    )    TO STRIKE AND MOTION TO
    vs.                             )    DISMISS; GRANTING
                                    )    MOTION FOR EXTENSION OF
                                    )    TIME TO FILE REPLY
RODERICK HICKMAN, et al.,           )
                                    )
                    Defendants.     )    (Docket No. 15)
_____)

        Plaintiff, a California prisoner incarcerated at Pelican Bay State Prison ("PBSP")

and proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983

against California state prison officials.  Defendants have filed a motion to strike

Plaintiff's opposition as untimely and a motion to dismiss the complaint for failure to

prosecute.  (Docket No. 15.)  Defendants' motions are DENIED in light of Plaintiff's pro

se and incarcerated status.  The Court will consider Plaintiff's opposition notwithstanding

its untimeliness.

        In the alternative, Defendants request an extension of time to file a reply to

Plaintiff's opposition.  (Docket No. 15.)  Good cause appearing, Defendants' motion for

an extension of time to file a reply is GRANTED.  Defendants shall file a reply **no later**

**than September 15, 2008**.

        IT IS SO ORDERED.

DATED: ___8/14/08_____          _____
                                      JEREMY FOGEL
                                      United States District Judge