1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  JENNIFER J. NYGAARD, State Bar No. 229494
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5577
    Fax: (415) 703-5843
8   Email: Jennifer.Nygaard@doj.ca.gov

9  Attorneys for Defendants Hickman and Horel

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

| | |
|---|---|
| MANUEL HILL,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RODERICK HICKMAN, et al.,<br><br>　　　　　　　　　　　Defendants. | C 07-5125 JF<br><br>**REQUEST TO REMOVE JENNIFER J. NYGAARD FROM THE SERVICE LIST** |

20     PLEASE BE ADVISED that the Deputy Attorney General representing Defendants

21 Hickman and Horel is Lisa Sciandra. Please direct all future communications, including service

22 of all pleadings, orders, and other documents made in connection with this case, as follows:

23         Lisa Sciandra, Deputy Attorney General
           455 Golden Gate Avenue, Suite 11000
24         San Francisco, CA 94102
           Telephone: (415) 703-5846
25         Fax: (415) 703-5843
           Email address: Lisa.Sciandra@doj.ca.gov
26

27 ///

28 ///

1     Please remove Deputy Attorney General Jennifer J. Nygaard from the Court's service list.

2     Dated: September 9, 2008

3                       Respectfully submitted,

4                       EDMUND G. BROWN JR.
Attorney General of the State of California

5                       DAVID S. CHANEY
Chief Assistant Attorney General

6

7                       ROCHELLE C. EAST
Senior Assistant Attorney General

8                       MICHAEL W. JORGENSON
Supervising Deputy Attorney General

9

10                      /s/ Jennifer J. Nygaard

11                      JENNIFER J. NYGAARD
Deputy Attorney General

12                      Attorneys for Defendants Hickman and Horel

13

14

15 20141537.wpd
SF2008401059

16

17

18

19

20

21

22

23

24

25

26

27

28

Req. Remove J. Nygaard From Service List                                         *Hill v. Hickman, et al.*
                                                                                                          C 07-5125 JF

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **M. Hill v. R. Hickman, et al.**

No.:   **C 07-5125 JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **September 9, 2008,** I served the attached

**REQUEST TO REMOVE JENNIFER J. NYGAARD FROM THE SERVICE LIST**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Manuel Hill (E-45048)
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532-7500
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 9, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M. Luna | M. Luna _(signature)_ |
| Declarant | Signature |

20141905.wpd